BLACK
v.
JACKSON.

---

*Monday,*
*November 25.*

---

## BLACK *v.* JACKSON.

Errors in the amount and form of the assessment and judgment below, will
not be noticed in the Supreme Court, when no application has been made
to the Court below, to correct the alleged error.

APPEAL from the *Delaware* Common Pleas.
*Per Curiam.*—Suit on a note, and to foreclose a mortgage.
Judgment by default. Errors in the amount and form of
the assessment and judgment are complained of, but the
record does not show any attempt to be relieved therefrom,
in the Court below, and therefore we can not consider the
questions made relative thereto.

It is insisted, at some length, that the decisions of this
Court have not been uniform, but are contradictory as to
this question of practice. We have examined the cases

*Monday,*
*November 25.*

Nov. Term,
1861.

referred to, and do not think that any of them show, affirmatively, that the proper steps had not been taken in the lower Court to be relieved from the effects of the default. But if they did, we are satisfied that the line of decisions we are now following, is correct.

The appeal is dismissed, at appellant's costs.

*Thomas J. Sample*, for the appellant.

